**STATE of Missouri, Respondent,**

v.

**Janice BURNETT, Appellant.**

**No. WD 59040.**

Missouri Court of Appeals, Western District.

Nov. 20, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, for Respondent.

Before NEWTON, P.J., LOWENSTEIN and SMART, J.J.

***ORDER***

PER CURIAM.

Janice Burnett appeals her jury conviction of two counts of delivery of a controlled substance, § 195.211, RSMo, and sentence to three years of imprisonment. The appellant claims the Buchanan County Circuit Court erred in allowing the State under Rule 23.08 to amend its information charging her as a persistent, misdemeanor offender.

Affirmed. Rule 30.25(b).